IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM HORES, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC,<br><br>Defendant. | §§§§§§§§§§§§§§§<br><br>Case No.   17-cv-2942<br>Class Action |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Credence Resource Management, LLC ("Credence"), hereby removes the above captioned civil action from the Supreme Court of Suffolk County, New York, to the United States District Court for the Eastern District of New York. The removal of this civil action is proper because:

1. Credence is a defendant in a civil action filed by plaintiff, William Hores ("plaintiff"), on behalf of himself and all others similarly situated, in the Supreme Court of Suffolk County, New York, captioned as *William Hores, On Behalf of Himself and All Others Similarly Situated v. Credence Resource Management, LLC,* Index No. 620787/16 (hereinafter the "State Court Action").

2. Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Credence removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3. The Summons in the State Court Action (hereinafter the "State Court Action Complaint") asserts claims under the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and New York state law.

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331, as well as supplemental jurisdiction over the state law claims asserted.

5. Pursuant to 28 U.S.C. § 1446(b), Credence has timely filed this Notice of Removal. Credence was served with process on April 17, 2017. This Notice of Removal is being filed within 30 days from service of the Summons on Defendants.

6. As of the date of this filing, Credence is the only named defendant.

7. Attached hereto as **Exhibit A** and incorporated by reference as part of this Notice of Removal is a true and correct copy of the Summons filed in the State Court Action. No further proceedings have taken place in the State Court Action.

8. A copy of this Notice of Removal is being served upon Plaintiff and filed concurrently with the Supreme Court of Suffolk County, New York.

9. The Supreme Court of Suffolk County, New York is located within the Eastern District of New York. Therefore, venue for purposes of removal is proper because the United States District Court for the Eastern District of New York embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

10. Removal of plaintiff's State Court Action is proper under 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Credence Resource Management, LLC, hereby removes the State Court Action to this Honorable Court.

Respectfully Submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS FISHMAN NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
E-Mail: aeasley@sessions.legal

*Attorney for Defendant*
*Credence Resource Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2017, a copy of the foregoing **Notice of Removal** was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of New York and served upon the following via E-mail and U.S. Mail:

Mitchell L. Pashkin, Esq.
775 Park Avenue, Suite 255
Huntington, NY 11743
Telephone: (631) 335-1107
Facsimile: (631) 824-9328
E-mail: mpash@verizon.net
*Attorney for Plaintiff*

/s/ Aaron R. Easley
Aaron R. Easley, Esq.

3